IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FAUSTINO ROBINSON,

    Plaintiff,                      No. CIV S-06-2153 FCD GGH P

    vs.

OFFICER NUNN, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff, who may be a former state prisoner, has used a complaint form for the Central District, wherein he makes allegations that three officers, at an undefined date and time, at Folsom State Prison subjected him to a severe beating apparently in retaliation for a vaguely defined action he took. Plaintiff also appears to state that a prior action stating the same allegations has been closed.

        In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff's allegations will be dismissed without prejudice to plaintiff's filing a civil rights complaint upon the form used in this district, identifying his current status,

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

i.e., whether he is currently incarcerated, and indicating whether he has previously filed an action setting forth the allegations he makes herein. Plaintiff must also submit an application requesting leave to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's September 28, 2006, complaint is dismissed, but plaintiff is granted leave to amend within thirty days to file a complaint that complies with the requirements of the this order, the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint, using the complaint form for this district. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: 10/30/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
robi2153.noc