1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    FAUSTINO ROBINSON,

11            Plaintiff,                    No. CIV S-06-2153 FCD GGH P

12        vs.

13    OFFICER NUNN, et al.,

14            Defendants.                   ORDER

15    _____/

16            By Order, filed on October 31, 2006, plaintiff's allegations were dismissed, but

17    plaintiff was granted leave to amend, within thirty days, to file a complaint that complied with

18    the requirements, inter alia, of the Civil Rights Act, the Federal Rules of Civil Procedure, and the

19    Local Rules of Practice.  Plaintiff was also directed to submit, within thirty days from the date of

20    this order, the application to proceed in forma pauperis, see 28 U.S.C. §§ 1914(a), and 1915(a),

21    or the filing fee in the amount of $350.00.  Plaintiff was cautioned that failure to comply with

22    this order would result in a recommendation that this matter be dismissed.  The Clerk of the

23    Court was directed to provide plaintiff with the appropriate forms.

24            On November 22, 2006, plaintiff filed a complaint on the appropriate form.

25    However, court records indicate that in a prior case filed by plaintiff in this court, of which this

26

1

1  court takes judicial notice,[1] plaintiff filed an amended complaint in Case No. CIV S-06-2152

2  GEB DAD P, also on November 22, 2006.  The amended complaint filed in the instant action is a

3  precise duplicate of the amended complaint filed in that case.  (The original complaints in both

4  actions were both filed on September 28, 2006, but the other case has a case number which

5  indicates that it precedes this one).

6          Accordingly, IT IS ORDERED that plaintiff is directed, within fifteen (15) days

7  of the date this order is served, to show cause why this action should not be dismissed as

8  duplicative.  Failure to do so will result in a recommendation that this action be dismissed.

9  DATED:  4/30/07

                                        /s/ Gregory G. Hollows

10                                      _____
                                        GREGORY G. HOLLOWS
11                                      UNITED STATES MAGISTRATE JUDGE

12

13  GGH:009
    robi2153.osc
14

15

16

17

18

19

20

21

22

23

24

---

25      [1] Judicial notice may be taken of court records. Valerio v. Boise Cascade Corp., 80 F.R.D.
    626, 635 n.1 (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126 (1981).
26